**Electronically Filed**
**Supreme Court**
**SCWC-30438**
**21-OCT-2011**
**01:20 PM**

SCWC-30438

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I ,
Respondent/Plaintiff-Appellee,

vs.

CHRIS F. YAMAMOTO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30438; CASE NO. 1DTA-09-04944)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.)

Petitioner/Defendant-Appellant Chris Yamamoto's application for writ of certiorari, filed on September 6, 2011, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, October 21, 2011.

| | |
|---|---|
| Timothy MacMaster for petitioner/defendant-appellant on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |

